JUNIOR GALLERY, LTD., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Consolidated Court No. 84–02–00271

(Dated February 17, 1993)

## ORDER

MUSGRAVE, *Judge:* After careful consideration of proposed orders, affidavits and memorandum in support of an award for attorneys fees brought by the law firm Grunfeld, Desiderio, Lebowitz and Silverman, and the law firm, Mandel and Grunfeld, the Court finds that this action is a private dispute for attorneys fees that is not properly within the purview of the jurisdiction of this Court. Therefore, it is hereby

ORDERED that the proposed order to show cause will not issue, and it is further

ORDERED that the proposed order for an award of attorneys fees shall not issue from this Court, and it is further

ORDERED that this Court will not retain jurisdiction over the subject matter and parties in the within proceedings.

CHRYSLER CORP, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Consolidated Court No. 88–03–00249

(Dated February 11, 1993)

## ORDER

GOLDBERG, *Judge:* Upon reading plaintiff's motion for rehearing under court rule 59, including facts not previously made known to the Court; upon consideration of defendant's response and other papers and proceedings submitted herein; and upon due deliberation, the Court finds plaintiff has established grounds for relief. It is, therefore, hereby ORDERED that:

Plaintiff's motion for rehearing be, and hereby is, granted;

Slip Opinion 92–220 be set aside and vacated;

Consolidated Court No. 88–03–00249 be returned to the Court's docket; and it is further ORDERED that

The request for trial attached to this motion be accepted for filing.